UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL FUSCHAK, | No. C 11-3790 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KATHLEEN DICKINSON, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 10, 2012

_____
SUSAN ILLSTON
United States District Judge