UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL FUSCHAK, | No. C 11-3790 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| KATHLEEN DICKINSON, warden, | |
| Respondent. | |

Petitioner's motion for reconsideration of the order of dismissal is DENIED. (Docket # 22.) Petitioner's suggestion that the court did not read the addendum to his opposition is not well taken. The court cited petitioner's addendum (Docket # 18) at pages 5 and 8 of the order of dismissal, and cited the "motion in opposition" (Docket # 17) at page 9 – good indicators that the court read the documents in question. Petitioner urges that the handbook he received was essentially an instruction from the State. The *evidence* (as opposed to argument) does not demonstrate that a state official instructed him to comply with the handbook, rather than simply provided a handbook in response to a library request. However, even if the State had instructed him to comply with the handbook, it would not help his cause because (1) the State did not impede his ability to file a federal petition on time, as the handbook's mistake about the deadline did not instruct him that he was not allowed to file a petition until a particular date, and (2) the federal petition would still be untimely for the reasons stated at pages 6-7 and footnote 3 in the order of dismissal. Petitioner's other arguments are rejected. The court has neither the obligation nor the resources to discuss every authority litigants cite in their briefs. The salient arguments were considered and discussed in the order of dismissal. Anything not discussed was

implicitly rejected.

Petitioner's "motion requesting district court to apply 'prison mailbox rule' in calculating the timeliness of the filing of the motion for reconsideration of order of dismissal" is GRANTED. (Docket # 23.) The motion for reconsideration is deemed to have been filed on January 26, 2012.

Petitioner's motion for a certificate of appealability is DENIED. (Docket # 24.) This is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural [rulings]" in the order of dismissal or in this order. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see* 28 U.S.C. § 2253(c). The denial of the certificate of appealability is without prejudice to petitioner seeking a certificate from the United States Court of Appeals for the Ninth Circuit.

Petitioner's motion for appointment of counsel is DENIED. (Docket # 27.) In light of the dismissal of the petition as untimely, the interests of justice do not require the appointment of counsel because there is no likelihood of success on the merits in this action. *See* 18 U.S.C. § 3006A(a)(2)(B); *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986).

Petitioner's request to proceed *in forma pauperis* on appeal is GRANTED. (Docket # 26.)

IT IS SO ORDERED.

DATED: February 7, 2012

_____
SUSAN ILLSTON
United States District Judge